## STATE OF CONNECTICUT *v.* LAWRENCE PETROSKY
## (14521)

Spear, Hennessy and Cretella, Js.

Argued March 19—decision released April 2, 1996

*Milo J. Altschuler,* for the appellant (defendant).

*Robert J. Scheinblum,* deputy assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's attorney, and *John J. Davenport,* for the appellee (state).

PER CURIAM. The judgment is affirmed.